FILED

2006 OCT 25 PM 12:41

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
(HON. DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 06CR0801DMS |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| WILLIAM LAWRENCE HOOPER, ) | |
| Defendants. ) | |

**IT IS HEREBY ORDERED** after appropriate inquiry and good cause being shown that the Motion hearing in the above-captioned case be continued from October 27, 2006 at 11:00 AM to **November 17, 2006** at **11:00 AM**.

**SO ORDERED**

DATE: 10-25-06

_____
HON. DANA M. SABRAW

LAW OFFICES OF BROWN & ASSOCIATES
EMERALD PLAZA FOURTH FLOOR
402 West Broadway Suite 400 San Diego CA 92101
Tel: (619) 595-3118  Fax: (619) 234-3655  email: bawwb@cox.net